

July 14, 2005

Albu Trading, Inc.

v.

Food safety and Inspection Service          Case Number  05-253 GMS

To,  Clerk office / US District Court

In case no 05-253, respecfully I apply for the summons (the annexed copies) to perform service to the Defendants, or in relationship with the Defendants. Thank you very much,

Yours sincerely,

Peter Albu
President of Albu Trading, Inc.

The address of Plaintiff:

Albu Trading, Inc.
2960 Grand Concourse L2, Bronx, NY 10458
Phone (646)260 5553