IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBU TRADING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FOOD SAFETY AND INSPECTION SERVICE, RONALD K. LONGHANY, and the DELAWARE STATE BAR ASSOCIATION,<br><br>    Defendants. | Case No. 05-253 (GMS) |

### MOTION TO DISMISS

Defendant Delaware State Bar Association ("DSBA") hereby moves the Court for an Order dismissing the Complaint on the grounds that (i) plaintiff has failed to state a claim against the DSBA; (ii) plaintiff's complaint is time barred; (iii) plaintiff has failed to join a necessary and indispensable party; (iv) plaintiff is a corporation not represented by an attorney; and (v) this Court lacks subject matter jurisdiction. The grounds for this motion are more fully set forth in defendant's Opening Brief in Support of its Motion to Dismiss.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (Bar ID # 2057)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
Attorneys for Defendant Delaware State
  Bar Association

Dated: August 22, 2005

9999.9999\282418v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 22nd day of August, 2005, I (1) electronically filed the foregoing MOTION TI DISMISS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following parties, and (2) sent a copy of the foregoing MOTION TO DISMISS via U.S. First Class Mail to the following parties:

Peter Albu
Albu Trading, Inc.
2960 Grand Concourse
Bronx, NY 10458

Ronald K. Longhany
US Cold Storage
419 Milford-Harrington Highway
P.O. Box 242
Milford, DE 19963

Food Safety and Inspection Service
Mellon Independence Center
701 Market Street, Suite 4100A
Philadelphia, PA 19106

_____
Elizabeth M. McGeever (#2057)

9999.9999\282418v1