IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALBU TRADING, INC. | : | |
| | : | |
| Plaintiff, | : | Case No. 05-253 (GMS) |
| | : | |
| v. | : | |
| | : | |
| FOOD SAFETY AND INSPECTION SERVICE, RONALD K. LONGHANY, and the DELAWARE STATE BAR ASSOCIATION, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>**

WHEREAS, Defendant, Delaware State Bar Association, moved to dismiss the complaint;

WHEREAS, the Court has considered the briefs submitted by Defendant, Delaware State Bar Association, and Plaintiff, and/or heard from counsel.

IT IS HEREBY ORDERED this ____ day of _____, 2005 that Defendant, Delaware State Bar Association's motion to dismiss is GRANTED, and the complaint is DISMISSED with prejudice.

_____
The Honorable Gregory M. Sleet