**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 05 - 253 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION AND**
**ORDER FOR EXTENSION OF TIME**

The Food Safety and Inspection Service (FSIS), through the undersigned, hereby moves the Court to extend to October 12, 2005, the date by which the FSIS must plead, move or otherwise respond to the Complaint, and in support thereof avers as follows:

1. The Complaint, filed in this Court on or about April 29, 2005, alleges certain arguably negligent actions by the FSIS in 1998 and 2001.

2. Service of the Complaint against the FSIS was made upon the United States Attorney's Office on July 14, 2005, arguably giving rise to an obligation on the part of the FSIS to respond to the Complaint on or before September 12, 2005, pursuant to Rule 12 (a) of the Federal Rules of Civil Procedure.

3. To date, the Government has been unable to complete its investigation into the processing of Plaintiff's administrative claim, if any, despite good faith efforts. It is believed that a one-month extension in the date for responding to the Complaint will permit the FSIS to clarify its position in the manner most helpful to the Court and the parties.

4. Pursuant to L.R. 7.7.1, the undersigned has made a reasonable effort to reach agreement with the *pro se* plaintiff regarding an extension. Under cover of a letter of

September 7, 2005, a stipulation was forwarded to Mr. Albu for signature. No response has been received to date.

    **WHEREFORE,** the United States respectfully requests that this Court grant its Motion for Extension of Time to answer, move or otherwise respond to the Complaint in the captioned matter.

                        COLM F. CONNOLLY
                        United States Attorney

        By:   /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Bldg.
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 05 - 253 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**AND NOW**, this _____ day of _____ 2005, after considering Defendant, United States of America's Motion for Extension of Time, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant, United States of America shall answer, move or otherwise respond to the Complaint by: October 12, 2005.

BY THE COURT:

_____
HONORABLE GREGORY M SLEET
District Judge
United States District Court

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **September 12, 2005**, I electronically filed the foregoing **UNITED STATES' MOTION FOR AN EXTENSION OF TIME** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**Elizabeth M. McGeever**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

Notification of such filing will be served via Federal Express on the following:

**Peter Albu**
Albu Trading Inc.
2960 Grand Concourse L 2
Bronx, NY 10458
(646) 260-5553

        COLM F. CONNOLLY
        United States Attorney

By:   /s/Patricia C. Hannigan
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Bldg.
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov