IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALBU TRADING, INC.                          :

     Plaintiff                               :

v.                                          : Civil Action No. 05-253 GMS

FOOD SAFETY AND INSPECTION                  :
SERVICE, et al.
                                                                 :

### ORDER

WHEREAS, on April 29, 2005, a complaint was filed in this case (D.I. 1);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

IT IS HEREBY ORDERED that:

The plaintiff shall have 30 days from the date of this Order within which to obtain counsel.

Dated: September 16, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).