**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 05-253-GMS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION AND
ORDER FOR EXTENSION OF TIME**

The Food Safety and Inspection Service (FSIS), through the undersigned, hereby moves the Court to extend the date by which the FSIS must plead, move or otherwise respond to the Complaint to October 19, 2005, and in support thereof avers as follows:

1.   The Complaint, filed in this Court on or about April 29, 2005, alleges certain arguably negligent actions by the FSIS in 1998 and 2001.

2.   Service of the Complaint against the FSIS was made upon the United States Attorney's Office on July 14, 2005, arguably giving rise to an obligation on the part of the FSIS to respond to the Complaint on or before September 12, 2005, pursuant to Rule 12 (a) of the Federal Rules of Civil Procedure. The FSIS moved for, and the Court granted, an extension of that response date up to and including October 12, 2005.

3.   The United States Attorney's Office did not receive the results of the agency's investigation of this matter until October 11, 2005. Unfortunately, the Assistant United States Attorney with primary responsibility for this matter has been out of the office. Consequently, the FSIS will need an additional week to prepare a response to *pro se* plaintiff's Complaint.

4. Because counsel for FSIS was unable to obtain plaintiff's consent for the previous requested extension, no attempt was made for this one. Plaintiff's opposition to the requested extension is presumed.

**WHEREFORE,** the United States respectfully requests that this Court grant its Motion for Extension of Time to answer, move or otherwise respond to the Complaint in the captioned matter.

          COLM F. CONNOLLY
          United States Attorney

By:   /s/Rudolph Contreras   for
     Patricia C. Hannigan
     Assistant United States Attorney
     Delaware Bar I.D. No. 2145
     The Nemours Bldg.
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277
     Patricia.Hannigan@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 05-253-GMS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this _____ day of _____ 2005, after considering Defendant, United States of America's Motion for Extension of Time, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant, United States of America shall answer, move or otherwise respond to the Complaint by: October 19, 2005.

BY THE COURT:

_____
HONORABLE GREGORY M SLEET
District Judge
United States District Court

**CERTIFICATE OF SERVICE**

I, Rudolph Contreras, hereby certify that on **October 12, 2005**, I electronically filed the foregoing **UNITED STATES' MOTION FOR AN EXTENSION OF TIME** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:.

**Elizabeth M. McGeever**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Notification of such filing will be served via Federal Express on the following:

Peter Albu
Albu Trading Inc.
2960 Grand Concourse L 2
Bronx, NY 10458
(646) 260-5553

        COLM F. CONNOLLY
        United States Attorney

    By: ___/s/Rudolph Contreras_____ for
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Bldg.
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov