IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Albu Trading, Inc.          )
                            )
        v.                  )   Civil action No 05-253 (GMS)
                            )
Food Safety and Inspection Service )

Ronald K. Longhany

RECEIVED
OCT 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Co-defendant Ronald K. Longhany

NOTICE OF DISMISSAL

Under FRCP 41(a)(1)(i), the Co-defendant Ronald K. Longhany in above mentioned civil action filed on April 29, 2005 is informed that the civil action filed against him is voluntary dismissed.

(The co-defendant was not served with the summons and the complaint, and no answer was served by the co-defendant.)

Yours sincerely,
Peter Albu/President of Albu Trading, Inc.

Dated: October 12, 2005

7003 1680 0005 1972 7897

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

MILFORD, DE 19963

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0144 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJ72Y9 |
| Total Postage & Fees | $ 2.67 | 10/12/05 |

Sent To: Ronald Longhany
Street, Apt. No.; or PO Box No.: U S Colo Strope
City, State, ZIP+4: Milford, DE

PS Form 3800, June 2002                    See Reverse for Instructions

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October 12, 2005, I mailed to the Defendant Ronald Longhany, at US Cold Storage, 419 Milford-Harrington Highway, PO Box 242, Milford, De, 19963, by certified mail, the attached Notice of Dismissal.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 12/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October 17, 2005, I handled to U.S. Attorney's Office/ The Nemours BLDG, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046, the attached Notice of Dismissal, RE: Defendant Ronald Longhany.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 17/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
2005 OCT 17 AM 11:55

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October17, 2005, I mailed to the Law Office / Prickett, Jones & Elliott, at 1310 King St, Wilmington, DE 19899-2046, by certified mail, the attached Notice of Dismissal RE: Ronald Longhany..

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 12/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

Received by Baf— a at Prickett Jones · Elliott, PA on October 17, 2005