IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

RECEIVED

OCT 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Albu Trading, Inc.                              )
                                                )
        v.                                      )        Civil action No 05-253 (GMS)
                                                )
Food Safety and Inspection Service     )
                                                )
DE State Bar Association

RE: Defendant DE State Bar Association

NOTICE OF DISMISSAL

Under FRCP 41(a)(1)(i ), the Defendant DE State Bar Association in above mentioned civil action filed on April 29, 2005 is informed that the civil action filed against him is voluntary dismissed.

The Defendant filed a motion to dismiss under FRCP 12(b) ( "lack of jurisdiction over the subject matter", "failure to state a claim", "failure to join a party under Rule 19"). This notice is filed based on the consideration that if the defendant files a motion to dismiss under FRCP 12(b), it does not affect the plaintiff's right in a voluntary dismissal under FRCP 41(a)(1)(i).

Respectfully submitted,

Peter Albu/ President of Albu Trading, Inc.

Dated: October 12, 2005

7003 1680 0005 1972 7903

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WILMINGTON, DE 19899

| | | |
|---|---|---|
| Postage | $ | 0.37 | UNIT ID: 0144 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJ72Y9 |
| Total Postage & Fees | $ | 2.67 | 10/12/05 |

Sent To *Prickett, Jones Law Office*

Street, Apt. No.; or PO Box No. *1310 King Street*

City, State, ZIP+4 *Wilmington, DE*

PS Form 3800, June 2002                    See Reverse for Instructions

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October12, 2005, I mailed to the Law Office/ Prickett, Jones & Elliott, at 1310 King StWilmington, DE 19899-2046, by certified mail, the attached Notice of Dismissal, RE: DE State Bar Association.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 12/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October17, 2005, I handled to U.S. Attorney's Office/ The Nemours BLDG, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046,  the attached Notice of Dismissal, RE: DE State Bar Association.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 17/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

2005 OCT 17 AM 11: 53
DISTRICT OF DELAWARE
U.S. ATTORNEY'S OFFICE
RECEIVED

CERTIFICTE OF SERVICE


      I, the undersigned Peter Albu, hereby certify that on October12, 2005, I mailed to the Defendant Ronald Longhany, at US Cold Storage, 419 Milford-Harrington Highway, PO Box 242, Milford, De, 19963, by certified mail, the attached Notices of Dismissal for him and for DE State Bar Association.


                Peter Albu/ President of Albu Trading, Inc.


Today, Oct. 12/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458