IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

RECEIVED OCT 17 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| Albu Trading, Inc. ) | |
| ) | |
| v. ) | Civil action No 05-253 (GMS) |
| ) | |
| Food Safety and Inspection Service ) | |

Application for Extension of Time

Dear Honorable Judge Gregory M. Sleet,

    Respectfully, I apply for an extension of time to obtain counsel in above mentioned civil case (in addition 30 days, or less), for the following reasons:

    1. I have been confronted with the very sensitive situation in finding a lawyer in Delaware state, that is not my state of residency.

    One of the reasons of this difficulty is the fact that, in a plurality of parties, DE State Bar Association was sued as Defendant, making more difficult to find a lawyer in Delaware state willing to take over the case.

    On October 12, 2005 I filed a Notice of Dismissal against DE State Bar Association, that will facilitate the situation in finding a lawyer to take over the case only against Food Safety and Inspection Service.

2

2. The United States Attorney's Office filed a motion requesting an extension of time, being willing to serve the Plaintiff with an answer before October 19, 2005.

In its motion, the US Attorney's Office made the mention that FSIS accomplished an investigation in this litigated matter, that will be referred in the answer.

The US Attorney's Office will have a great effect in apprehending the determinations of this case, leaving it opened for further litigation, or, in alternative, after consulting with a lawyer, subjected to the discontinuance.

Canceling my case at this stage will have a prejudicial effect, because, under the status of limitations, no other action is possible to be instituted against the federal agency.

Thank you for your understanding,
Peter Albu/ President of Albu Trading, Inc

Dated: October 17, 2005

Statement,

Today Oct. 17, 2005 for Plaintiff I have reached agreement with the opposing parties
- Assistant US Attorney Patricia C. Hannigan and Attorney Elizabeth M. McGeever (for DE State Bar Association) that atested that they have no objections to Extension of time.

Pro Se Plaintiff
- Peter Alu/ Alu Trading, Inc.

/s/ Alu

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October 17, 2005, I mailed to the Law Office/ Prickett, Jones & Elliott, at 1310 King St, Wilmington, DE 19899-2046, by certified mail, the attached Application for Extension of Time.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 17/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

*Received by Paf—ls at Prickett, Jones & Elliott on October 17, 2005*

*No objection to extension of time.*

## CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October 17, 2005, I handled to U.S. Attorney's Office/ The Nemours BLDG, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046, the attached Application for extension of time..

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 17/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
2005 OCT 17 AM 11:51

CERTIFICTE OF SERVICE

I, the undersigned Peter Albu, hereby certify that on October 17, 2005, I mailed to the Defendant Ronald Longhany, at US Cold Storage, 419 Milford-Harrington Highway, PO Box 242, Milford, De, 19963, by certified mail, the attached Application for Extension of Time.

Peter Albu/ President of Albu Trading, Inc.

Today, Oct. 17/ 2005
Albu Trading, Inc
2960 Grand Concourse L2
Bronx, NY 10458