# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-253-GMS |
| | ) |
| FOOD SAFETY AND INSPECTION | ) |
| SERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT FOOD SAFETY AND INSPECTION SERVICE'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Food Safety and Inspection Service, through undersigned counsel, respectfully moves, pursuant to Fed.R.Civ.P. 12(b)(1), to dismiss the plaintiff's Complaint. In support of this motion, the Court is respectfully referred to the accompanying supporting brief. A proposed Order consistent with this motion is attached hereto.

Respectfully submitted,

COLM F. CONNOLLY
Assistant United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: October 19, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALBU TRADING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-253-GMS |
| | ) |
| FOOD SAFETY AND INSPECTION | ) |
| SERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

UPON CONSIDERATION of the Food Safety and Inspection Service's (FSIS) Motion to Dismiss Plaintiff's Complaint, it is hereby

ORDERED on this _____ day of _____, 2005, that the FSIS' motion should be and is hereby granted; it is,

FURTHER ORDERED that plaintiff's Complaint be and is hereby dismissed with respect to the FSIS.

---
HONORABLE GREGORY M. SLEET
District Judge
United States District Court

## **CERTIFICATE OF SERVICE**

I, Patricia C. Hannigan, hereby certify that on **October 19, 2005**, I electronically filed the foregoing **DEFENDANT FOOD SAFETY AND INSPECTION SERVICE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Elizabeth M. McGeever**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

Notification of such filing will be served via First Class U.S. Mail, postage prepaid, and delivered to the following:

**Peter Albu**
Albu Trading Inc.
2960 Grand Concourse L 2
Bronx, NY 10458
(646) 260-5553

        COLM F. CONNOLLY
        United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Bldg.
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov