IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBU TRADING, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-253 GMS |
| FOOD SAFETY AND INSPECTION SERVICE, et al. | : |
| | : |

## **O R D E R**

WHEREAS, on April 29, 2005, a complaint was filed in this case (D.I. 1);

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

WHEREAS, on September 16, 2005, an Order was issued directing the plaintiff ("Albu") to obtain counsel within 30 days of the date of the Order (D.I. 6);

WHEREAS, on October 17, 2005, Albu filed an unopposed motion for extension of time within which to obtain counsel (D.I. 10). The motion was granted and Albu was given until November 18, 2005, to obtain counsel;

WHEREAS, to date, Albu has not obtained counsel to represent it in this action;

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3 (D. Del. Nov. 1, 2002).

IT IS HEREBY ORDERED that:

This case is hereby dismissed without prejudice for failure to obtain counsel to represent the plaintiff, Albu Trading, Inc.

Dated: December 6, 2005         /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE